```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15085
   FRIEDA ALEXANDER CARTER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3834


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/20/2007 and was confirmed 12/03/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT CURRENT MORTG          .00          .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE     15365.68          .00            .00
AMERICAN INTERNATIONAL G SECURED            3070.67          .00            .00
CITY OF CHICAGO WATER DE SECURED             498.41          .00            .00
COOK COUNTY TREASURER    SECURED             105.78          .00         105.78
OHIO STATE LIFE INSURANC SECURED             773.90          .00          56.28
WACHOVIA DEALER SERVICES SECURED VEHIC      7478.66       215.39        1136.25
WACHOVIA DEALER SERVICES UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE PRIORITY           1330.51          .00            .00
ADVOCATE HOSPITAL        UNSECURED            30.00          .00            .00
ADVOCATE HEALTH CARE     UNSECURED        NOT FILED          .00            .00
ADVOCATE TRINITY HOSPITA UNSECURED        NOT FILED          .00            .00
AT&T CREDIT MANAGEMENT C UNSECURED        NOT FILED          .00            .00
UNITED CREDIT UNION      UNSECURED        NOT FILED          .00            .00
CATHERINE TAPE REPORT    NOTICE ONLY      NOT FILED          .00            .00
CERTEGY                  UNSECURED        NOT FILED          .00            .00
CERTEGY                  NOTICE ONLY      NOT FILED          .00            .00
CERTIGY CHECK SERVICES   UNSECURED        NOT FILED          .00            .00
CHECK N GO               UNSECURED        NOT FILED          .00            .00
CHECK N GO               UNSECURED        NOT FILED          .00            .00
CHICAGO MUNICIPAL EMPLOY UNSECURED        NOT FILED          .00            .00
CHICAGO MUNICIPAL EMPLOY NOTICE ONLY      NOT FILED          .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00            .00
CRED PROTECTION ASSOCIAT UNSECURED        NOT FILED          .00            .00
WFNNB/HARLEM FURNITURE   UNSECURED        NOT FILED          .00            .00
CURVES CHATHAM           UNSECURED        NOT FILED          .00            .00
DR BOND COLL             UNSECURED        NOT FILED          .00            .00
ER SOLUTIONS INC         UNSECURED           470.54          .00            .00
GEMB/BEST BUYS           NOTICE ONLY      NOT FILED          .00            .00
GEMB/BEST BUYS           NOTICE ONLY      NOT FILED          .00            .00
GEMB/JC PENNEY           UNSECURED        NOT FILED          .00            .00
GEMB/JC PENNEY           NOTICE ONLY      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15085 FRIEDA ALEXANDER CARTER
```

```
GEMB/JC PENNEY            NOTICE ONLY   NOT FILED               .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED        931.01                .00          .00
HARRIS TRUST & SAVINGS B  NOTICE ONLY   NOT FILED               .00          .00
HORSESHOE CASINO          UNSECURED     NOT FILED               .00          .00
HSBC HARLM                UNSECURED     NOT FILED               .00          .00
JOHN P FLORENZA           UNSECURED     NOT FILED               .00          .00
LERNERS                   NOTICE ONLY   NOT FILED               .00          .00
MICHAEL REESE HOSPITAL    UNSECURED     NOT FILED               .00          .00
MILA INC                  NOTICE ONLY   NOT FILED               .00          .00
WINDY CITY EMERGENCY      UNSECURED     NOT FILED               .00          .00
WINDY CITY EMERGENCY      UNSECURED     NOT FILED               .00          .00
NICOR GAS                 UNSECURED     NOT FILED               .00          .00
PDL FINANCIAL SERVICES    UNSECURED     NOT FILED               .00          .00
PEARL VISION              UNSECURED     NOT FILED               .00          .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY   NOT FILED               .00          .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY   NOT FILED               .00          .00
PROFESSIONAL ACCOUNT MGM  UNSECURED     NOT FILED               .00          .00
SAGE TELECOM INC          UNSECURED         96.84                .00          .00
SEARS CARD                UNSECURED     NOT FILED               .00          .00
SEARS ROEBUCK             UNSECURED     NOT FILED               .00          .00
TARGET NATIONAL BANK      UNSECURED       3600.66                .00          .00
TNB TARGET                UNSECURED     NOT FILED               .00          .00
THEODORE CARTER           UNSECURED     NOT FILED               .00          .00
TARGET                    NOTICE ONLY   NOT FILED               .00          .00
UNITED CREDIT UNION       UNSECURED     NOT FILED               .00          .00
UNITED CREDIT UNION       UNSECURED     NOT FILED               .00          .00
UNITED CREDIT UNION       NOTICE ONLY   NOT FILED               .00          .00
UNITED CREDIT UNION       NOTICE ONLY   NOT FILED               .00          .00
UNITED CREDIT UNION       NOTICE ONLY   NOT FILED               .00          .00
UNITED CREDIT UNION       NOTICE ONLY   NOT FILED               .00          .00
UNITED FEDERAL CREDIT UN  NOTICE ONLY   NOT FILED               .00          .00
VSPS/CBUSA                NOTICE ONLY   NOT FILED               .00          .00
WORLD FINANCIAL NETWORK   UNSECURED        510.19                .00          .00
WORLD FINANCIAL NETWORK   UNSECURED        680.26                .00          .00
WFNNB LERNER              NOTICE ONLY   NOT FILED               .00          .00
RICHARD SMITH             NOTICE ONLY   NOT FILED               .00          .00
GLENDA J GRAY             DEBTOR ATTY    3,274.00                           75.84
TOM VAUGHN                TRUSTEE                                          112.31
DEBTOR REFUND             REFUND                                           350.00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,051.85

PRIORITY                                        .00
SECURED                                    1,298.31
     INTEREST                                215.39

               PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15085 FRIEDA ALEXANDER CARTER
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                   75.84
TRUSTEE COMPENSATION                                            112.31
DEBTOR REFUND                                                   350.00
                                    ---------------     ---------------
TOTALS                                     2,051.85            2,051.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/16/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE